UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:  Tron Cody Barrett and Lakesha Mitchell Barrett ) | Bankruptcy Case No.: 25-31956-BFK |
| ) | |
| Debtors. ) | Chapter 13 |
| ) | |

| | |
|---|---|
| Progressive Universal Insurance Co<br>Subrogee of Steven Bowles | |
| | Adversary Proceeding No.: _____ |
| Plaintiff, | |
| | Civil Action No.: GV25030140-00 (Originally filed in the Henrico County General District Court, Virginia) |
| v. | |
| Thomas Tyree Adkins, Jr. | |
| and | |
| J.M.B. Trucking LLC (Inactive Virginia entity automatically cancelled on June 30, 2025 that was wholly owned and/or operated by the Debtors) | |
| Defendants. | |

**NOTICE OF REMOVAL OF CIVIL ACTION TO THE
UNITED STATES BANKRUPTCY COURT PURSUANT TO
28 U.S.C. §1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027**

COMES NOW Defendant, Thomas Tyree Adkins, Jr. ("Removing Defendant"), by counsel, pursuant to 28 U.S.C. §§ 1334 and 1452, and Rule 9027 of the Federal Rules of Bankruptcy Procedure, and hereby files this Notice of Removal of the above-captioned civil action described below from the Henrico County Virginia General District Court (Civil Division) to the United States Bankruptcy Court for the Eastern District of Virginia (Richmond Division), and in support thereof states as follows:

Counsel for Thomas Tyree Adkins, Jr.
Brett Alexander Zwerdling, VBN 39569
Brett Alexander Zwerdling, PLLC
1702 Treboy Avenue
Richmond, VA  23226
(804) 564-4593 Fax (804) 355-1597
brett@icansleepatnight.com

**JURISDICTION AND VENUE**

1.    This Notice of Removal is filed pursuant to 28 U.S.C. § 1452(a) and Rule 9027 of the Federal Rules of Bankruptcy Procedure (hereinafter "Rule").

2.    The removed action is presently pending in the General District Court for the County of Henrico, Virginia, styled <u>Progressive Universal Insurance Co Subrogee of Steven Bowle v. Thomas Tyree Adkins, Jr. and JMB Trucking, LLC,</u> Case No. GV25030140-00 (the "State Court Action") and was filed on November 26, 2025.

3.    The above-captioned bankruptcy case is pending in this Court as <u>In re: Tron Cody Barrett and Lakesha Mitchell Barrett,</u> bearing Bankruptcy Case No.: 25-31956-BFK and was filed under Chapter 13 on May 16, 2025.

4.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1334(b) and (e)(1), as the State Court Action is: (a) **a core proceeding** under 28 U.S.C. § 157(b), (A), (G), (H), (I), (J),  including but not limited to matters concerning the administration of the estate and/or allowance or disallowance of claims, motions to terminate, annul, or modify the automatic stay, determinations as to the dischargeability of particular debts, objections to discharge, and (b) **a proceeding "related to" a case under title 11**, in that the outcome of the State Court Action will have an effect on the bankruptcy estate.

5.    Venue is proper in this Court because the bankruptcy case is pending in this district and division, and removal is to the district and division in which the state-court action is pending, as required by Rule 9027(a)(1).

**TIMELINESS**

6.    The Plaintiff does not object to the removal of this action from state court to this Court

regardless of the time of filing of this Notice as per Rule 9027(a)(2) or (3).

## CONSENT TO ENTRY OF FINAL ORDERS

7.      Pursuant to Rule 9027(a)(1)(B), Removing Defendant does consent to the entry of final

judgment or order by the Bankruptcy Court.

## REMOVED PLEADINGS

8.      In accordance with Rule 9027(a)(1)(C), true copies of all process and pleadings served in

the State Court Action are attached hereto collectively as **Exhibit A**.

9.      Upon filing of a copy of this Notice of Removal with the clerk of the General District

Court for the County of Henrico, Virginia, removal becomes effective, and the parties

shall proceed no further in that court unless and until the matter is remanded.

**WHEREFORE,** Defendant Thomas Tyree Adkins, Jr., by counsel, respectfully removes

the State Court Action bearing case number GV25030140-00 to this Court.

Respectfully Submitted,

Thomas Tyree Adkins, Jr.

/s/ Brett Alexander Zwerdling
Counsel for the Defendant / Removing Defendant

Brett Alexander Zwerdling, VBN 39569
Brett Alexander Zwerdling, PLLC
1702 Treboy Ave
Richmond, VA 23226
(804) 564-4593 Fax (804) 355-1597
brett@icansleepatnight.com

3

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026 a true copy of the foregoing was mailed by first

class U.S. mail and/or electronically served via CM/ECF upon the U.S. Trustee, the Chapter 13

Trustee, Debtors' Counsel, the Debtors, the Clerk of the Henrico County General District Court,

Virginia, and Plaintiff's counsel as listed below.

/s/ Brett Alexander Zwerdling

| | | |
|---|---|---|
| VIA CM/ECF<br>Rudolph C McCollum, Jr<br>McCollum at Law, P.C.<br>422 E Franklin St., Ste 101<br>Richmond, VA 23219-2226<br>Fax: 804-523-3901<br>Email: rudymack@aol.com | FIRST CLASS U.S. MAIL<br>Tron Cody Barrett<br>9537 Kennedy Station Terr.<br>Glen Allen, VA 23060 | FIRST CLASS U.S. MAIL<br>Lakesha Mitchell Barrett<br>9537 Kennedy Station Terr.<br>Glen Allen, VA 23060 |
| VIA CM/ECF<br>Suzanne E. Wade, Chapter 13 Trustee<br>7202 Glen Forest Dr.<br>Suite 202<br>Richmond, VA 23226 | FIRST CLASS U.S. MAIL<br>J.M.B. Trucking LLC (inactive)<br>c/o Lakesha Mitchell Barrett,<br>Registered Agent<br>9537 Kennedy Station Terr<br>Glen Allen, VA 23060 | FIRST CLASS U.S. MAIL<br>Sharon N. Horner, Esquire<br>Plaintiff's Counsel<br>Sharon N. Horner & Associates, PLC<br>6804 Patterson Ave., Suite A<br>Richmond, VA 23226<br>Email: sharon@snhornerlaw.com |
| FIRST CLASS U.S. MAIL<br>Clerk of the Henrico County General<br>District Court, Virginia<br>PO Box 90775<br>Henrico, VA 23273-0775<br>Fax: 804-501-4141 | VIA CM/ECF<br>Office of the US Trustee<br>Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219 | |

# EXHIBIT A

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia    VA. CODE § 16.1-79
County of Henrico

RECEIVED
NOV 1 0 2025

RECEIVED
NOV 2 1 2025
HENRICO GENERAL DISTRICT COURT

............................................................ General District Court
CITY OR COUNTY
4309 East Parham Rd. P.O. Box 90775 Richmond, VA 23273, Henrico, VA 23228
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
01/09/2026 10:00 am
.................................................to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

NOV 2 6 2025

DATE ISSUED         ☐ CLERK   ☐ DEPUTY CLERK   ☐ MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$23330.85 .................. net of any credits, with interest at 6.0000 % from date of 03/26/2025 ............... until paid,
$72.00 .................. costs and $ 0.00 ................. attorney's fees with the basis of this claim being

☐ Open Account   ☐ Contract   ☐ Note   ☒ Other (EXPLAIN)... negligence resulting
in a motor vehicle accident in Virginia respondeat superior

HOMESTEAD EXEMPTION WAIVED?   ☐ YES   ☐ NO   ☐ cannot be demanded
November 5, 2025
............................
DATE         ☐ PLAINTIFF   ☒ PLAINTIFF'S ATTORNEY   ☐ PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against ☒ named Defendant(s) ☐.............................................................
for $............................. net of any credits, with interest at............... % from date
of............................ until paid, $...............costs and $............... attorney's fees

*Judgment granted as prayed above*

HOMESTEAD EXEMPTION WAIVED? ☐ YES ☐ NO ☐ CANNOT BE DEMANDED

☐ JUDGMENT FOR   ☐ NAMED DEFENDANT(S) ☐.............................................
☐ NON-SUIT   ☐ DISMISSED...........................................................................

Defendant(s) Present?   ☐ YES.........................................
☒ NO

............................                   ............................
DATE                                              JUDGE

FORM DC-412X (FRONT) REVISED 07/04 (A120818 9/11)

---

CASE NO. GV25030140

Progressive Universal Insurance Co., subrogee of
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Steven Bowles

Sharon N. Horner & Associates, PLC

6804 Patterson Avenue, Suite A Richmond, VA
23226                        v.

Thomas Tyree Adkins Jr
DEFENDANT(S) (LASTNAME, FIRST NAME, MIDDLE INITIAL)
11903 The Glebe Lane
Charles City VA 23030
J.M.B. Trucking LLC Serve: RALAKESHA
MITCHELL BARRETT  9537 Kennedy Station Ter
Glen Allen VA 23060

### WARRANT IN DEBT
\* \* \*

TO DEFENDANT: You are not required to appear; however,
if you fail to appear, judgment may be entered against you. See
the additional notice on the reverse about requesting a change
of trial location.
☐ To dispute this claim, you **must** appear on the return date to
try this case.
☒ To dispute this claim, you must appear on the return date
for the judge to set another date for trial.

Bill of Particulars...............   ............................
ORDERED              DUE

Grounds of Defense...............   ............................
ORDERED              DUE

ATTORNEY FOR PLAINTIFF(S)
Sharon N. Horner, Esquire
...................................................................
804-754-7860
...................................................................

ATTORNEY FOR DEFENDANT(S)
...................................................................
...................................................................

---

**HEARING DATE AND TIME**

01/09/2026

10:00 am

2/13/26  10:30

7/6/26  10:30

4/10/26  10:00

5/8/26  10:30

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

............................
DATE

............................
CLERK

**DISABILITY ACCOMMODATIONS**
for loss of hearing, vision, mobility, etc., contact the court ahead of time.

37635  11/26

COURT

**AFFIDAVIT – DEFAULT JUDGMENT**
**SERVICEMEMBERS CIVIL RELIEF ACT**
Commonwealth of Virginia VA. CODE § 8.01-15.2

Case No. _____

01/09/2026            10:00 am.
RETURN DATE AND TIME

[ ] Circuit Court        [x] General District Court
[ ] Juvenile & Domestic Relations District Court

Henrico General District Court _____
CITY OR COUNTY

Progressive Universal Insurance Co., subrogee of  Steven Bowles v./*In re:* ..J.M.B. Trucking LLC

I, .Jeremiah Robert ............................................, the undersigned affiant, states the following under oath:
PRINT NAME

[x] The defendant/respondent          [ ] is in military service.          [x] is not in military service.

The following facts support the statement above:

This defendant is a business

SHARON NOVELLA HORNER
Notary Public
Commonwealth of Virginia
My Commission Expires December 31, 2027
Commission ID# 269956

[ ]  The affiant is unable to determine whether or not the defendant/respondent is in military service.
Pursuant to 50 U.S.C. § 3931, if the court is unable to determine whether the defendant/respondent is in military service based upon the affiant's statement, the court, before entering judgment, may require the plaintiff/petitioner to file a bond in an amount approved by the court.

November 14, 2025 _____          _____
DATE                                             AFFIANT'S SIGNATURE

The above-named affiant personally appeared this day before the undersigned, and upon duly being sworn, made oath that the facts stated in this affidavit are true to the best of his or her knowledge, information and belief.

_____          _____
DATE                                 [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE [ ] JUDGE [ ] INTAKE OFFICER

**FOR NOTARY PUBLIC'S USE ONLY:**

State of .......Virginia............................... [x] City [ ] County of ...........Richmond.......................................

Acknowledged, subscribed and sworn to before me this .........14th... day of ......................November......................., 2025.

..........269956.......................................................          _____
NOTARY REGISTRATION NUMBER                      NOTARY PUBLIC
                                                 (My commission expires: ..December 31, 2027................................. )

**NOTICE REGARDING APPOINTMENT OF COUNSEL TO REPRESENT ABSENT SERVICEMEMBER:**
Where appointment of counsel is required pursuant to 50 U.S.C. § 3931 or § 3932 or another section of the Servicemembers Civil Relief Act, the court may assess reasonable attorney fees and costs against any party as the court deems appropriate, including a party aggrieved by a violation of the Act, and shall direct in its order which of the parties to the case shall pay such fees and costs, except the Commonwealth unless it is the party that obtains the judgment. Further, counsel appointed pursuant to the Servicemembers Civil Relief Act shall not be selected by the plaintiff or have any affiliation with the plaintiff.

**FOR COURT USE ONLY:**
**[ ] ORDER OF APPOINTMENT OF COUNSEL**
I find that appointment of counsel is required pursuant to 50 U.S.C. § 3931 or § 3932 or another section of the Servicemembers Civil Relief Act and therefore, I appoint the lawyer indicated below to represent the absent servicemember named as defendant/respondent above.

[ ] The Lawyer shall be paid a fee of $.................. for serving as counsel for the absent servicemember

NAME, ADDRESS
OF COURT
APPOINTED
LAWYER

.........................................................          ......................................................................
                                                 NEXT HEARING DATE AND TIME

.........................................................          ......................................................................
                                                 DATE

.........................................................          _____
                                                 JUDGE

**[ ] STAY OF PROCEEDINGS**
I find that a stay of proceedings is required pursuant to 50 U.S.C. § 3931 and, therefore, such a stay, for a minimum period
of 90 days, is ordered until .......................................................................
                              NEXT HEARING DATE AND TIME

.........................................................          _____
DATE                                             JUDGE

FORM DC-418 REVISED 11/16

**AFFIDAVIT – DEFAULT JUDGMENT**
**SERVICEMEMBERS CIVIL RELIEF ACT**
Commonwealth of Virginia VA. CODE § 8.01-15.2

Case No. _____

01/09/2026          10:00 am.
RETURN DATE AND TIME

[ ] Circuit Court     [x] General District Court
[ ] Juvenile & Domestic Relations District Court

Henrico General District Court
CITY OR COUNTY

Progressive Universal Insurance Co., subrogee of  Steven Bowles v./*In re:* ..Thomas Tyree Adkins Jr

I, .Jeremiah Robert ............................................, the undersigned affiant, states the following under oath:
PRINT NAME

[x] The defendant/respondent          [ ] is in military service.          [x] is not in military service.

The following facts support the statement above:

See attached DMDC Report

SHARON NOVELLA HORNER
Notary Public
Commonwealth of Virginia
My Commission Expires December 31, 2027
Commission ID # 269956

[ ]   The affiant is unable to determine whether or not the defendant/respondent is in military service.
   Pursuant to 50 U.S.C. § 3931, if the court is unable to determine whether the defendant/respondent is in military service based upon the affiant's statement, the court, before entering judgment, may require the plaintiff/petitioner to file a bond in an amount approved by the court.

November 14, 2025
DATE

_____
AFFIANT'S SIGNATURE

The above-named affiant personally appeared this day before the undersigned, and upon duly being sworn, made oath that the facts stated in this affidavit are true to the best of his or her knowledge, information and belief.

_____          _____
DATE                             [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE [ ] JUDGE [ ] INTAKE OFFICER

**FOR NOTARY PUBLIC'S USE ONLY:**

State of .......Virginia................................ [x] City [ ] County of ...........Richmond..............................

Acknowledged, subscribed and sworn to before me this .......14th....... day of ...................November......................, 2025.

..........269956.........................................          _____
NOTARY REGISTRATION NUMBER                         NOTARY PUBLIC
                                                   (My commission expires: ..December 31, 2027.............................. )

**NOTICE REGARDING APPOINTMENT OF COUNSEL TO REPRESENT ABSENT SERVICEMEMBER:**
Where appointment of counsel is required pursuant to 50 U.S.C. § 3931 or § 3932 or another section of the Servicemembers Civil Relief Act, the court may assess reasonable attorney fees and costs against any party as the court deems appropriate, including a party aggrieved by a violation of the Act, and shall direct in its order which of the parties to the case shall pay such fees and costs, except the Commonwealth unless it is the party that obtains the judgment. Further, counsel appointed pursuant to the Servicemembers Civil Relief Act shall not be selected by the plaintiff or have any affiliation with the plaintiff.

**FOR COURT USE ONLY:**
**[ ] ORDER OF APPOINTMENT OF COUNSEL**
   I find that appointment of counsel is required pursuant to 50 U.S.C. § 3931 or § 3932 or another section of the Servicemembers Civil Relief Act and therefore, I appoint the lawyer indicated below to represent the absent servicemember named as defendant/respondent above.

   [ ] The Lawyer shall be paid a fee of $..................... for serving as counsel for the absent servicemember

NAME, ADDRESS
OF COURT
APPOINTED
LAWYER

...................................................          ...................................................
                                                   NEXT HEARING DATE AND TIME

...................................................          ...................................................
                                                   DATE

...................................................          _____
                                                   JUDGE

**[ ] STAY OF PROCEEDINGS**
   I find that a stay of proceedings is required pursuant to 50 U.S.C. § 3931 and, therefore, such a stay, for a minimum period

   of 90 days, is ordered until ...................................................
                                NEXT HEARING DATE AND TIME

...................................................          _____
DATE                                               JUDGE

FORM DC-418 REVISED 11/16

Department of Defense Manpower Data Center

SCRA 5.27



Status Report
Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:      Sep-XX-1984
Last Name:      ADKINS JR
First Name:      THOMAS
Middle Name:   TYREE
Status As Of:   Nov-14-2025
Certificate ID:   RKWZKN0YGG4S32F

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

AFFIDAVIT OF SERVICE

# ACCUSERVE OF VA

8223 Beatties Mill Road
Mechanicsville VA 23111
PH (804) 399-7515 / FAX (804) 723-4708

| (1) Plaintiff | Progressive Universal Insurance Company | | |
|---|---|---|---|
| (2) Defendant | Thomas Tyree Adkins, Jr., et al | Court | Henrico General District Court |
| (3) Serve | Thomas Tyree Adkins, Jr. | Case | GV25030140 |
| Address | 11903 The Glebe Lane | | |
| Address | Charles City, VA 23030 | Court Date | 1/9/2026 |
| Document Served | **Warrant in Debt** | | |

I, **(4)**Matt Randazzo_____ (Signature), the Private Process Server hereby certify under penalty of perjury that I am over the age of 18 and not a party to the proceeding or otherwise interested in the subject matter in controversy. I further certify that on:

Served Date:   1/2/26

I served a Warrant in Debt on the person named in **(3)** above:

❑ **PERSONAL-** By delivering a copy of the above-described process in writing to him/her in person.

❑ **SUBSTITUTE-** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of its purport at his usual place of abode _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest and who is the age of 16 years or older.

☒ **POSTED-** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

❑ **AT USUAL PLACE OF BUSINESS OR EMPLOYMENT.** Delivering the above specified paper(s) and giving information of its purport to a *company officer, designated employee, or managing employee*. Name of person served:_____

❑ Copy of summons was mailed to judgment debtor on the date listed above after serving the garnishee.

❑ Certified Mail

❑ Not Found

❑ Served on Secretary of the Commonwealth

**Notary**

State of Virginia   County/City of: (Hanover) (Roanoke) (Chesterfield)

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that the foregoing was subscribed and sworn to before me by, the Process Server named in (4) above, this _5_ day of ___Jan___ 202_6_

Notary Public: _____ # _____

My Commission Expires: _____

COMMENTS:                                          ID#: 8171

AFFIDAVIT OF SERVICE

## ACCUSERVE OF VA

8223 Beatties Mill Road
Mechanicsville VA 23111
PH (804) 399-7515 / FAX (804) 723-4708

| (1) Plaintiff | Progressive Universal Insurance Company | | |
|---|---|---|---|
| (2) Defendant | Thomas Tyree Adkins, Jr., et al | Court | Henrico General District Court |
| (3) Serve | J.M.B. Trucking LLC 'Serve: R/A Ralakesha Mitchell Barrett | Case | GV25030140 |
| Address | 9537 Kennedy Station Ter | | |
| Address | Glen Allen, VA 23060 | Court Date | 1/9/2026 |
| Document Served | **Warrant in Debt** | | |

I, (4)(Server Name)_____J Randazzo,_____(Signature), the
Private Process Server hereby certify under penalty of perjury that I am over the age of 18 and not a party
to the proceeding or otherwise interested in the subject matter in controversy. I further certify that on:

Served Date:                                    12/10/25

I served a Warrant in Debt on the person named in (3) above:

☐  **PERSONAL-** By delivering a copy of the above-described process in writing to him/her in person.
☐  **SUBSTITUTE-** Being unable to make personal service and not finding the above mentioned person at
his/her usual place of abode by delivering a copy of the said process and giving information of its
purport at his usual place of abode _____ who is a member of his/her
family and is the _____ of the above mentioned person, other than a
temporary sojourner or guest and who is the age of 16 years or older.
☒  **POSTED-** Being unable to make personal service and not finding the above mentioned person at
his/her usual place of abode nor any member of his/her family the age of 16 years or older at said
abode by posting a copy of such process at the front door or at such other door as appears to be the
main entrance of such place of abode.
☐  **AT USUAL PLACE OF BUSINESS OR EMPLOYMENT.** Delivering the above specified paper(s) and giving
information of its purport to a ***company officer, designated employee, or managing employee.***
Name of person served:_____
☐  Copy of summons was mailed to judgment debtor on the date listed above after serving the
garnishee.
☐  Certified Mail
☐  Not Found
☐  Served on Secretary of the Commonwealth

**Notary**

State of Virginia   County/City of: (Hanover) (Roanoke) (Chesterfield)

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that the
foregoing was subscribed and sworn to before me by, the Process Server named in (4) above,
this __13 day of ___Dec___ 2025

Notary Public: _____ # _____

My Commission Expires: _____

COMMENTS:                                    ID#: 8172

AFFIDAVIT OF SERVICE

# ACCUSERVE OF VA

8223 Beatties Mill Road
Mechanicsville VA 23111
PH (804) 399-7515 / FAX (804) 723-4708

| (1) Plaintiff | Progressive Universal Insurance Company | | |
|---|---|---|---|
| (2) Defendant | Thomas Tyree Adkins, Jr., et al | Court | Henrico General District Court |
| (3) Serve | J.M.B. Trucking LLC 'Serve: R/A Ralakesha Mitchell Barrett | Case | GV25030140 |
| Address | 9537 Kennedy Station Ter | | |
| Address | Glen Allen, VA 23060 | Court Date | 1/9/2026 |
| Document Served | **Warrant in Debt** | | |

I, (4)(Server Name)_____J Randazzo_____ _____(Signature), the
Private Process Server hereby certify under penalty of perjury that I am over the age of 18 and not a party
to the proceeding or otherwise interested in the subject matter in controversy. I further certify that on:

Served Date: 12/10/25

I served a Warrant in Debt on the person named in (3) above:

☐ **PERSONAL** - By delivering a copy of the above-described process in writing to him/her in person.

☐ **SUBSTITUTE** - Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of its purport at his usual place of abode _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest and who is the age of 16 years or older.

☒ **POSTED** - Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

☐ **AT USUAL PLACE OF BUSINESS OR EMPLOYMENT.** Delivering the above specified paper(s) and giving information of its purport to a *company officer, designated employee, or managing employee.* Name of person served:_____

☐ Copy of summons was mailed to judgment debtor on the date listed above after serving the garnishee.

☐ Certified Mail

☐ Not Found

☐ Served on Secretary of the Commonwealth

**Notary**

State of Virginia   County/City of: (Hanover) (Roanoke) (Chesterfield)

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that the foregoing was subscribed and sworn to before me by, the Process Server named in (4) above this ____ day of ___Dec___ 2025

Notary Public: _____ # _____

My Commission Expires: _____

COMMENTS:                                                ID#: 8172

# FAX

| TO: | Deputy Clerk Henrico GDC | FROM: | Accuserve of VA |
|-----|--------------------------|-------|-----------------|
| FAX: | (804) 501-4141 | FAX: | |
| PHONE: | | PHONE: | 804-399-7515 |
| SUBJECT: | Service return | DATE: | 1/9/2026 |

NO. PAGES:   3

## COMMENTS

These are the affidavits of service for today. I will be bringing the originals this morning.

Thanks

Mat



RECEIVED
JAN 09 2026
HENRICO GENERAL DISTRICT COURT

AFFIDAVIT OF SERVICE

## ACCUSERVE OF VA

8223 Beatties Mill Road
Mechanicsville VA 23111
PH (804) 399-7515 / FAX (804) 723-4708

| (1) Plaintiff | Progressive Universal Insurance Company | | |
|---|---|---|---|
| (2) Defendant | Thomas Tyree Adkins, Jr., et al | Court | Henrico General District Court |
| (3) Serve | Thomas Tyree Adkins, Jr. | Case | GV25030140 |
| Address | 11903 The Glebe Lane | | |
| Address | Charles City, VA 23030 | Court Date | 1/9/2026 |
| Document Served | Warrant in Debt | | |

I, (4)Matt Randazzo _____ (Signature), the Private Process Server hereby certify under penalty of perjury that I am over the age of 18 and not a party to the proceeding or otherwise interested in the subject matter in controversy. I further certify that on:

Served Date: 1/2/26

RECEIVED

JAN 09 ...

HENRICO GENERAL DISTRICT COURT

I served a Warrant in Debt on the person named in (3) above:

❑ **PERSONAL**- By delivering a copy of the above-described process in writing to him/her in person.

❑ **SUBSTITUTE**- Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of its purport at his usual place of abode _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest and who is the age of 16 years or older.

☒ **POSTED**- Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

❑ **AT USUAL PLACE OF BUSINESS OR EMPLOYMENT.** Delivering the above specified paper(s) and giving information of its purport to a *company officer, designated employee, or managing employee*. Name of person served:_____

❑ Copy of summons was mailed to judgment debtor on the date listed above after serving the garnishee.

❑ Certified Mail

❑ Not Found

❑ Served on Secretary of the Commonwealth

**Notary**

State of Virginia    County/City of: (Hanover) (Roanoke) (Chesterfield)

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that the foregoing was subscribed and sworn to before me by, the Process Server named in the above, this 5 day of Jan 2026

Notary Public: _____ # _____

My Commission Expires: _____

WILLIAM JAMES DAVIS
NOTARY PUBLIC
REG # 7855562
COMMISSION
EXPIRES
3/31/2027
COMMONWEALTH OF VIRGINIA

COMMENTS: _____                ID#: 8171

Summary Damage Statement for

Progressive Universal Insurance Co.,

Insured: Steven Bowles

Defendant:  Thomas Tyree Adkins Jr and JMB Trucking LLC

DOL: 03/26/2025

Total Loss:                                    $26450.20

Deductible:                                    $1000.00

Salvage:                                        $-4119.35

Total Property Damage:              $23330.85



4253

**REMITTANCE: 44847180**
DATE: 05/07/2025

## Insurance Auto Auctions, Inc.

Attn: Settlement Group
Two Westbrook Corporate Center Suite 500
Westchester, IL 60154
Phone: (708) 492-7000
Fax:    (708) 492-7078
E-mail:

### Salvage Information

| | |
|---|---|
| IAA Stock #: | 000-41935503 |
| IAA Branch: | Culpeper |
| Fed. Tax I.D. | 953790111 |
| Handler: | Taniesha Miller |
| Adjuster: | Taniesha Miller |
| Insured: | Steven Bowles |
| Owner: | Steven Bowles |
| Claim #: | 25-727037633 |
| Policy #: | |
| Vehicle: | 2016 FORD F-150 |
| Damage: | Left Rear/Right Side |
| Mileage: | 93334 |
| Mileage Type: | Actual |
| VIN: | 1FTEW1EP3GFB36386 |
| ACV: | $26,340.09 |
| NICB Date: | N/A |

**Remittance Payable To:**
Progressive Casualty Insurance - Corporate
6300 Wilson Mills Road E64
Attn: National Salvage Unit (NSU)
Mayfield Village, OH 44143
  Attn: Salvage Dept

| Account of Sale | Total Activity | %ACV |
|---|---|---|
| Sales | $5,550.00 | 21.07 |
| Charge Adjustment | $31.00 | 0.12 |
| **IAA Charges** | | |
| Consignment Flat Fee | $85.00 | 0.32 |
| Fast Title Fee | $4.65 | 0.02 |
| State/Local Transfer Fee | $15.00 | 0.06 |
| Title Direct Fee | $5.00 | 0.02 |
| Inspection Service - Images | $20.00 | 0.08 |
| Less IAA Charges | ($129.65) | (0.49) |
| Net IAA Return | $5,451.35 | 20.70 |
| **Outside Charges Advanced by IAA** | | |
| Administrative Fee | $125.00 | 0.47 |
| Yard | $125.00 | 0.47 |
| Storage | $525.00 | 1.99 |
| Advance Tow | $375.00 | 1.42 |
| Clean Up | $80.00 | 0.30 |
| Mileage | $102.00 | 0.39 |
| Less Outside Charges | ($1,332.00) | (5.06) |
| **Payment Amount** | **$4,119.35** | 15.64 % |

## Buyer Information

Bill's Used Parts, Inc. (*Team PRP)
1415 Radford Rd
Christiansburg, VA 24073-2881
Resale Certificate # : 540763003 (VA)

## Elapsed Days Analysis

| Date of Event: | Date | Days |
|---|---|---|
| Loss | 3/26/2025 | -- |
| Assigned | 3/31/2025 | 6 |
| Released | 4/1/2025 | 2 |
| Pickup | 4/1/2025 | 1 |
| Title Rec'd | 4/18/2025 | 18 |
| Sale Doc. Rec'd | 4/30/2025 | 13 |
| Auction Date | 5/6/2025 | 7 |
| Buyer Payment | N/A | 0 |
| Remittance | 5/7/2025 | 2 |
| **Elapsed Total Days:** | | 43 |

IAA Doc. RP002.rpt

6 Pages via SFTP Wed, 07 May 2025 22:32:45 GMT

Progressive Group of Insurance Companies

# Settlement Summary

## Claim Information

| | |
|---|---|
| **Claim Number:** 25-727037633-01 | **Coverage Type of Loss:** Collision |
| **Policy Number:** | **Loss Date:** 03/26/2025 |
| **Owner :** BOWLES, STEVEN | **Reported Date:** 03/26/2025 |
| | **Valuation Report ID:** 1021297311 |

## Vehicle Information

| | |
|---|---|
| **Loss Vehicle:** 2016 Ford F-150 XLT 4 Door Crew Cab 6 Foot Bed 2.7L 6 Cyl Gas Turbocharged A 4WD | **Location:** VA 23111 |
| **VIN:** 1FTEW1EP3GFB36386 | **Exterior Color:** Shadow Black |
| **Mileage:** 93,258 miles | **License Plate:** |
| **Title History:** No | **Title History Comments:** |

## Loan Information

| | |
|---|---|
| **Lien Holder Payoff:** | $0.00 |
| **Loan/Lease Payoff Coverage:** | $0.00 |

## Payment Information

| | |
|---|---|
| **Lien Holder Payment(s):** | $0.00 |
| **Net to Owner:** | $26,450.20 |

# Settlement

| | |
|---|---|
| **Stated Amount:** | $0.00 |
| **Actual Cash Value:** | $26,340.09 |
| Base Value: | $25,864.09 |
| Title History Adjustment: | -$0.00 |
| Refurbishment Adjustments: | $0.00 |
| After Market Parts Adjustment: | $550.00 |
| Condition Adjustment: | -$74.00 |
| Prior Damage Adjustment: | -$0.00 |
| **Market Value:** | $ 26,340.09 |
| Settlement Adjustment(Pre-Tax): | $0.00 |
| **Fees:** | $17.00 |
| **Taxes:** | $ 1,093.11 |
| **Company Obtains:** | $0.00 |
| **Net Settlement:** | $27,450.20 |
| Settlement Adjustment(Post-Tax): | $0.00 |
| **Deductible:** | -$1,000.00 |
| **Other Adjustments:** | $ 0.00 |
| **Total Settlement:** | $26,450.20 |

**Adjuster License #:**

**Comments:**

# Vehicle Valuation Report

Prepared For Progressive Group of Insurance Companies   (800) 321-9843

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 25-727037633-01 | | COLLISION | STEVEN BOWLES 8258 LAUREL MEADOWS DRIVE MECHANICSVILLE, VA 23111 +1-804-5197236 |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 03/26/2025 | 03/26/2025 | 04/09/2025 | 1021297311 | 3 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2016 | Ford | F-150 XLT 4 Door Crew Cab 6 Foot Bed 2.7L 6 Cyl Gas Turbocharged A 4WD | VA 23111 | 93,258 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Shadow Black | | 1FTEW1EP3GFB36386 | No |

## Valuation Summary

### Loss Vehicle Adjustments

Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $25,864.09 |
| Condition - | $74.00 |
| Prior Damage | $0.00 |
| Aftermarket/OEM Parts + | $550.00 |
| Refurbishment | $0.00 |
| Market Value = | $26,340.09 |

## Settlement Value: $25,340.09

### Settlement Adjustments

Adjustments specific to your policy

| | |
|---|---|
| Deductible - | $1,000.00 |
| Settlement Value = | $25,340.09 |

J.D. POWER

## Mitchell WorkCenter® Total Loss
© 2025 Mitchell International, Inc. All Rights Reserved.

mitchell

# Loss Vehicle Detail

Loss vehicle: 2016 Ford F-150 | XLT 4 Door Crew Cab 6 Foot Bed | 2.7L 6 Cyl Gas Turbocharged A 4WD

## Standard Equipment

### Exterior

| | |
|---|---|
| Aluminum Panels | Auto On/Off Aero-Composite Halogen Daytime Running Lights Preference Setting Headlamps w/Delay-Off |
| Black door handles | Black Power Side Mirrors w/Convex Spotter and Manual Folding |
| Black Side Windows Trim | Cargo Lamp w/High Mount Stop Light |
| Chrome Front Bumper w/Body-Colored Rub Strip/Fascia Accent and 2 Tow Hooks | Chrome grille |
| Chrome rear step bumper | Clearcoat paint |
| Deep tinted glass | Fixed rear window |
| Front fog lamps | Full-Size Spare Tire Stored Underbody w/Crankdown |
| Perimeter/Approach Lights | Regular Box Style |
| Steel spare wheel | Tailgate Rear Cargo Access |
| Tailgate/Rear Door Lock Included w/Power Door Locks | Tires: P265/70R17 OWL A/T |
| Variable intermittent wipers | Wheels: 17" Silver Painted Aluminum |

### Interior

| | |
|---|---|
| 2 LCD Monitors In The Front | 2 Seatback Storage Pockets |
| 3 12V DC Power Outlets | 4-Way Driver Seat -inc: Manual Recline and Fore/Aft Movement |
| 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement | 60-40 Folding Split-Bench Front Facing Fold-Up Cushion Rear Seat |
| Air filtration | Analog Appearance |
| Cloth 40/20/40 Front Seat -inc: 4-way adjustable driver/passenger headrests, manual driver/passenger lumbar and armrest w/storage | Compass |
| Cruise control w/steering wheel controls | Day-night rearview mirror |
| Delayed Accessory Power | Driver And Passenger Visor Vanity Mirrors |
| Fade-to-off interior lighting | Fixed antenna |
| Front And Rear Map Lights | Front Cupholder |
| Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats | Full cloth headliner |
| Gauges -inc: Speedometer, Odometer, Voltmeter, Oil Pressure, Engine Coolant Temp, Tachometer, Transmission Fluid Temp and Trip Odometer | Glove box |
| HVAC -inc: Underseat Ducts | Instrument Panel Bin, Dashboard Storage, Driver / Passenger And Rear Door Bins and 1st Row Underseat Storage |
| Interior Trim -inc: Metal-Look Instrument Panel Insert, Cabback Insulator and Chrome Interior Accents | Keypad |
| Manual Adjustable Rear Head Restraints | Manual air conditioning |
| Manual tilt/telescoping steering column | Outside temp gauge |
| Perimeter alarm | Pickup Cargo Box Lights |
| Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down | Power Door Locks w/Autolock Feature |
| Power Rear Windows | Radio w/Clock |
| Radio: AM/FM Stereo/Single-CD Player -inc: 6 speakers | Rear cupholder |

© 2025 Mitchell International, Inc. All Rights Reserved.

Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button

Securilock Anti-Theft Ignition (pats) Immobilizer

SYNC Voice Recognition Communications -inc: Enhanced voice recognition communication and entertainment system, 911 assist, 4.2" LCD display in center stack, Applink, 1 smart charging USB port, VHR, SYNC services, Bluetooth and steering wheel audio controls, Compass display in instrument cluster

Urethane Gear Shifter Material

## Mechanical

| | |
|---|---|
| 1590# Maximum Payload | 200 amp alternator |
| 23 Gal. Fuel Tank | 3.73 axle ratio |
| 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs, Brake Assist, Hill Hold Control and Electric Parking Brake | 70-Amp/Hr 610CCA Maintenance-Free Battery w/Run Down Protection |
| Auto locking hubs | Double Wishbone Front Suspension w/Coil Springs |
| Electric Power-Assist Speed-Sensing Steering | Electronic transfer case |
| Engine: 3.5L V6 Ti-VCT FFV | Front Anti-Roll Bar |
| GVWR: 6,350 lbs Payload Package | HD shock absorbers |
| Part-Time Four-Wheel Drive | Single stainless steel exhaust |
| Solid axle rear suspension w/leaf springs | Towing Equipment -inc: Trailer Sway Control |
| Trailer wiring harness | Transmission: Electronic 6-Speed Automatic -inc: tow/haul mode |

## Safety

| | |
|---|---|
| ABS And Driveline Traction Control | Airbag Occupancy Sensor |
| Dual Stage Driver And Passenger Front Airbags | Dual Stage Driver And Passenger Seat-Mounted Side Airbags |
| Electronic Stability Control (ESC) And Roll Stability Control (RSC) | Mykey System -inc: Top Speed Limiter, Audio Volume Limiter, Early Low Fuel Warning, Programmable Sound Chimes and Beltminder w/Audio Mute |
| Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners | Rear child safety locks |
| Safety Canopy System Curtain 1st And 2nd Row Airbags | Side impact beams |
| Tire Specific Low Tire Pressure Warning | |

## Packages

### EQUIPMENT GROUP 302A LUXURY

-inc: Radio: Single-CD w/SiriusXM Satellite, SiriusXM US satellite service is available in the 48 contiguous United States and D.C, 7 speakers, Rear View Camera w/Dynamic Hitch Assist, Class IV Trailer Hitch Receiver, towing capability up to 5,000 lbs, smart trailer tow connector and 4-pin/7-pin wiring harness, XLT Chrome Appearance Package, 2 chrome front tow hooks, Single-Tip Chrome Exhaust, Tires: P275/65R18 OWL A/T, Chrome Door & Tailgate Handles w/Body-Color Bezel, bezel on side doors and black on tailgate, Wheels: 18" Chrome-Like PVD, Chrome Billet Style Grille w/Chrome Surround, black mesh insert, Chrome Step Bars, Leather-Wrapped Steering Wheel, Remote Start System, 10-Way Power Driver's & Passenger Seats, SYNC 3, Enhanced voice recognition communications and entertainment system w/911 Assist and Applink, 8" LCD touchscreen in center stack w/swiping and pinch-to-zoom ca

### TRAILER TOW PACKAGE

-inc: Towing capability up to 11,100 lbs, Note: Ordering the Trailer Tow Package does not include Trailer Tow Mirrors, Trailer Tow Mirrors are a standalone option and must be ordered separately. (Option Code: 54M or 54Y/59S), Auxiliary Transmission Oil Cooler, Pro Trailer Backup Assist, tailgate LED and 4.2" LCD productivity screen in instrument cluster, Class IV Trailer Hitch Receiver, smart trailer tow connector and 4-pin/7-pin wiring harness, Upgraded Front Stabilizer Bar

### XLT CHROME APPEARANCE PACKAGE

-inc: 2 chrome front tow hooks, Tires: P275/65R18 OWL A/T, Chrome Billet Style Grille w/Chrome Surround, black mesh insert, Chrome Step Bars, Chrome Door & Tailgate Handles w/Body-Color Bezel, bezel on side doors and black on tailgate, Wheels: 18" Chrome-Like PVD, Single-Tip Chrome Exhaust

### XLT SPORT APPEARANCE PACKAGE

-inc: unique interior finish, Box Side Decal, Tires: P275/65R18 OWL A/T, Black Billet Style Grille w/Body-Color Surround, black mesh insert, Wheels: 18" 6-Spoke Machined-Aluminum, magnetic painted pockets, Accent-Color Step Bars, Body-Color Door & Tailgate Handles, body-color bezel on side doors and black on tailgate, Body-Color Front & Rear Bumpers, body-color front fascia and wheellip moldings, Single-Tip Chrome Exhaust

## Optional Equipment

© 2025 Mitchell International, Inc. All Rights Reserved.

| 110V/400W OUTLET | CHROME STEP BARS |
|---|---|
| CLASS IV TRAILER HITCH RECEIVER | ELECTRONIC LOCKING W/3.55 AXLE RATIO |
| INTEGRATED TRAILER BRAKE CONTROLLER | LED BOX LIGHTING |
| POWER GLASS HEATED SIDEVIEW MIRRORS | POWER-SLIDING REAR WINDOW |
| PRO TRAILER BACKUP ASSIST | REAR VIEW CAMERA W/DYNAMIC HITCH ASSIST |
| REMOTE START SYSTEM | REVERSE SENSING SYSTEM |
| SYNC 3 | TWIN PANEL MOONROOF |

\*DIO/PIO =   Dealer/Port Installed Options

## Loss Vehicle Base Value

Loss vehicle:  2016 Ford F-150 |  XLT 4 Door Crew Cab 6 Foot Bed | 2.7L 6 Cyl Gas Turbocharged A 4WD

### Comparable Vehicle Information

Search Radius used for this valuation: 75 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 107,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 49,485 | 23666 | 60 miles | $26,070.00 Sold Price | $24,139.32 |
| 2 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 88,477 | 23230 | 13 miles | $24,988.00 List Price | $26,357.12 |
| 3 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 77,930 | 23060 | 15 miles | $25,110.00 List Price | $27,877.18 |
| 4 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 100,100 | 23294 | 16 miles | $20,495.00 List Price | $24,568.88 |
| 5 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 86,891 | 23875 | 26 miles | $25,999.00 List Price | $25,832.25 |
| 6 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 92,177 | 22554 | 57 miles | $22,995.00 List Price | $23,725.47 |
| 7 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 89,114 | 23666 | 60 miles | $23,966.00 List Price | $27,961.19 |
| 8 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 90,400 | 22701 | 70 miles | $20,994.00 List Price | $24,747.14 |
| 9 | 2016 FORD F 150 XLT CREW CAB PKP 6 2.7TURBO GAS A 4WD | 73,618 | 20678 | 72 miles | $25,000.00 List Price | $27,568.22 |

**Base Value:**    $25,864.09

## Loss Vehicle Adjustments

Loss vehicle:  2016 Ford F-150 | XLT 4 Door Crew Cab 6 Foot Bed | 2.7L 6 Cyl Gas Turbocharged A 4WD

© 2025 Mitchell International, Inc. All Rights Reserved.

## Condition Adjustments

Condition Adjustment:  -$74.00      Overall Condition:  2.97-Good      Typical Vehicle Condition:  3.00

| Category | Condition | Condition $ | Comments |
|---|---|---|---|
| **Interior** | | | |
| HEADLINER | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 2 Fair | -$74.00 | 1 to 4 minor trim missing/damaged |
| GLASS | 3 Good | $0.00 | |
| SEATS | 3 Good | $0.00 | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| CARPET | 3 Good | $0.00 | |
| **Exterior** | | | |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| PAINT | 3 Good | $0.00 | |
| BODY | 3 Good | $0.00 | |
| TRIM | 3 Good | $0.00 | |
| **Mechanical** | | | |
| TRANSMISSION | 3 Good | $0.00 | |
| ENGINE | 3 Good | $0.00 | |
| **Tire** | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## After Market Parts and OEM Equipment Adjustments

| Category | Description | Adjustment Type | Adjustment Amount |
|---|---|---|---|
| EXTERIOR | BED CARPET KIT/BED MAT | INSTANT QUOTE | $0.00 |
| INTERIOR | WINDOW TINT (PARTIAL) | INSTANT QUOTE | $20.00 |
| EXTERIOR | FOUR NEW TIRES (91-180 DAYS OLD / 3001 - 6000 MILES) | INSTANT QUOTE | $125.00 |
| EXTERIOR | TONNEAU COVER - HARD | INSTANT QUOTE | $405.00 |
| EXTERIOR | WIND DEFLECTOR (WINDOWS/SUNROOF) | INSTANT QUOTE | $0.00 |

## Comparable Vehicles

Loss vehicle:  2016 Ford F-150 | XLT 4 Door Crew Cab 6 Foot Bed | 2.7L 6 Cyl Gas Turbocharged A 4WD

© 2025 Mitchell International, Inc. All Rights Reserved.     

## 2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD

**Sold Price: $26,070.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FTEW1EP7GFD39667 | | 01/13/2025 | 23666 | 60 miles |

**Source**

DEALER SALE - BUILDSHEET - J.D. POWER

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Mileage | 93,258 | 49,485 | -$2,933.14 |
| **Equipment** | | | |
| TRAILER TOW PACKAGE | Yes | No | $567.15 |
| XLT SPORT APPEARANCE PACKAGE | Yes | No | $726.83 |
| ELECTRONIC LOCKING W/3.55 AXLE RATIO | Yes | No | $164.76 |
| INTEGRATED TRAILER BRAKE CONTROLLER | Yes | No | $174.25 |
| WHEELS: 20" CHROME-LIKE PVD | No | Yes | -$630.53 |

|  | Total Adjustments: | -$1,930.68 |
|---|---|---|
|  | **Adjusted Price:** | **$24,139.32** |

Comparable Vehicle Package Details:

EQUIPMENT GROUP 302A LUXURY  (CHROME STEP BARS, POWER-SLIDING REAR WINDOW, SYNC 3, CLASS IV TRAILER HITCH RECEIVER, POWER GLASS HEATED SIDEVIEW MIRRORS, REMOTE START SYSTEM, REAR VIEW CAMERA W/DYNAMIC HITCH ASSIST, REVERSE SENSING SYSTEM, LED BOX LIGHTING, 110V/400W OUTLET)

Comparable Vehicle Option Details:

TWIN PANEL MOONROOF, WHEELS: 20" CHROME-LIKE PVD

© 2025 Mitchell International, Inc. All Rights Reserved.

## 2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD

**List Price: $24,988.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FTEW1EP5GFB65744 | 24U180 | 01/14/2025 | 23230 | 13 miles |

**Source**

DEALER WEB LISTING -
BUILDSHEET - CARS.COM

RICHMOND FORD LINCOLN

4600 W BROAD ST

RICHMOND VA 23230

804-474-0531

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$646.00 |
| Mileage | 93,258 | 88,477 | -$378.23 |
| **Equipment** | | | |
| EQUIPMENT GROUP 302A LUXURY | Yes | No | $3,103.39 |
| 110V/400W OUTLET | EQUIPMENT GROUP 302A LUXURY | Yes | -$133.13 |
| EQUIPMENT GROUP 301A MID | No | Yes | -$1,272.14 |
| INTEGRATED TRAILER BRAKE CONTROLLER | Yes | No | $162.70 |
| TWIN PANEL MOONROOF | Yes | No | $766.24 |
| EXTENDED RANGE 36 GALLON FUEL TANK | No | Yes | -$233.71 |

**Total Adjustments:** $1,369.12

**Adjusted Price: $26,357.12**

Comparable Vehicle Package Details:

TRAILER TOW PACKAGE  (PRO TRAILER BACKUP ASSIST, CLASS IV TRAILER HITCH RECEIVER)

XLT SPORT APPEARANCE PACKAGE

EQUIPMENT GROUP 301A MID  (CLASS IV TRAILER HITCH RECEIVER, POWER GLASS HEATED SIDEVIEW MIRRORS, REAR VIEW CAMERA W/DYNAMIC HITCH ASSIST)

Comparable Vehicle Option Details:

ELECTRONIC LOCKING W/3.55 AXLE RATIO, EXTENDED RANGE 36 GALLON FUEL TANK, 110V/400W OUTLET

© 2025 Mitchell International, Inc. All Rights Reserved.

## 3. 2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD

**List Price: $25,110.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FTEW1EP5GFD34290 | 241155B | 02/05/2025 | 23060 | 15 miles |

**Source**

DEALER WEB LISTING -
BUILDSHEET - CARS.COM

RICHMOND FORD WEST

10751 W BROAD ST

GLEN ALLEN VA 23060

888-309-1693

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$649.00 |
| Mileage | 93,258 | 77,930 | -$1,169.18 |
| Equipment | | | |
| EQUIPMENT GROUP 302A LUXURY | Yes | No | $3,118.56 |
| REAR VIEW CAMERA W/DYNAMIC HITCH ASSIST | EQUIPMENT GROUP 302A LUXURY | Yes | -$148.65 |
| XLT SPORT APPEARANCE PACKAGE | Yes | No | $681.97 |
| INTEGRATED TRAILER BRAKE CONTROLLER | Yes | No | $163.50 |
| TWIN PANEL MOONROOF | Yes | No | $769.98 |

**Total Adjustments:** $2,767.18

**Adjusted Price:** **$27,877.18**

Comparable Vehicle Package Details:

TRAILER TOW PACKAGE  (PRO TRAILER BACKUP ASSIST, CLASS IV TRAILER HITCH RECEIVER)

Comparable Vehicle Option Details:

ELECTRONIC LOCKING W/3.55 AXLE RATIO, REAR VIEW CAMERA W/DYNAMIC HITCH ASSIST

© 2025 Mitchell International, Inc. All Rights Reserved.

## 2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD

**List Price: $20,495.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FTEW1EP6GKF07306 | TR4993 | 01/14/2025 | 23294 | 16 miles |

Source

DEALER WEB LISTING - CARS.COM

VA CARS - SUPERCENTER

7494 WEST BROAD STREET

RICHMOND VA 23294

804-322-5050

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$530.00 |
| Mileage | 93,258 | 100,100 | $443.95 |
| **Equipment** | | | |
| EQUIPMENT GROUP 302A LUXURY | Yes | No | $2,545.36 |
| SYNC 3 | EQUIPMENT GROUP 302A LUXURY | Yes | -$218.38 |
| TRAILER TOW PACKAGE | Yes | No | $434.34 |
| XLT SPORT APPEARANCE PACKAGE | Yes | No | $556.62 |
| ELECTRONIC LOCKING W/3.55 AXLE RATIO | Yes | No | $126.18 |
| INTEGRATED TRAILER BRAKE CONTROLLER | Yes | No | $133.45 |
| TWIN PANEL MOONROOF | Yes | No | $628.46 |
| ALL-WEATHER RUBBER FLOOR MATS | No | Yes | -$46.10 |

**Total Adjustments:** $4,073.88

**Adjusted Price:** **$24,568.88**

Comparable Vehicle Option Details:

ALL-WEATHER RUBBER FLOOR MATS, SYNC 3

© 2025 Mitchell International, Inc. All Rights Reserved.

## 2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD          List Price: $25,999.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FTEW1EP5GFB42089 | T40058A | 01/20/2025 | 23875 | 26 miles |

**Source**

DEALER WEB LISTING - BUILDSHEET - VAST.COM

CROSSROADS FORD MAZDA OF PRINCE GEORGE

4500 WHITEHILL BOULEVARD

PRINCE GEORGE VA 23875

877-331-9405

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$672.00 |
| Mileage | 93,258 | 86,891 | -$524.09 |
| Equipment | | | |
| XLT SPORT APPEARANCE PACKAGE | Yes | No | $706.12 |
| TWIN PANEL MOONROOF | Yes | No | $797.24 |
| TAILGATE STEP W/TAILGATE LIFT ASSIST | No | Yes | -$230.86 |
| EXTENDED RANGE 36 GALLON FUEL TANK | No | Yes | -$243.16 |

Total Adjustments: -$166.75

**Adjusted Price: $25,832.25**

**Comparable Vehicle Package Details:**

EQUIPMENT GROUP 302A LUXURY  (CHROME STEP BARS, POWER-SLIDING REAR WINDOW, SYNC 3, CLASS IV TRAILER HITCH RECEIVER, POWER GLASS HEATED SIDEVIEW MIRRORS, REMOTE START SYSTEM, REAR VIEW CAMERA W/DYNAMIC HITCH ASSIST, REVERSE SENSING SYSTEM, LED BOX LIGHTING, 110V/400W OUTLET)

TRAILER TOW PACKAGE  (PRO TRAILER BACKUP ASSIST, CLASS IV TRAILER HITCH RECEIVER)

**Comparable Vehicle Option Details:**

ELECTRONIC LOCKING W/3.55 AXLE RATIO, INTEGRATED TRAILER BRAKE CONTROLLER, TAILGATE STEP W/TAILGATE LIFT ASSIST, EXTENDED RANGE 36 GALLON FUEL TANK

© 2025 Mitchell International, Inc. All Rights Reserved.

## 2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD          List Price: **$22,995.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FTEW1EP7GFD53570 | GAM5722 | 01/14/2025 | 22554 | 57 miles |

**Source**

DEALER WEB LISTING -
BUILDSHEET - CARS.COM
GUARANTEE AUTO MAXX
3944 JEFFERSON DAVIS HIGHWAY
STAFFORD VA 22554
540-658-9377

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$594.00 |
| Mileage | 93,258 | 92,177 | -$78.70 |
| Equipment | | | |
| TRAILER TOW PACKAGE | Yes | No | $487.33 |
| XLT SPORT APPEARANCE PACKAGE | Yes | No | $624.54 |
| ELECTRONIC LOCKING W/3.55 AXLE RATIO | Yes | No | $141.57 |
| INTEGRATED TRAILER BRAKE CONTROLLER | Yes | No | $149.73 |

|  | Total Adjustments: | $730.47 |
|---|---|---|
|  | **Adjusted Price:** | **$23,725.47** |

Comparable Vehicle Package Details:

EQUIPMENT GROUP 302A LUXURY  (CHROME STEP BARS, POWER-SLIDING REAR WINDOW, SYNC 3, CLASS IV TRAILER HITCH RECEIVER, POWER GLASS HEATED SIDEVIEW MIRRORS, REMOTE START SYSTEM, REAR VIEW CAMERA W/DYNAMIC HITCH ASSIST, REVERSE SENSING SYSTEM, LED BOX LIGHTING, 110V/400W OUTLET)

Comparable Vehicle Option Details:

TWIN PANEL MOONROOF

© 2025 Mitchell International, Inc. All Rights Reserved.

## 2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD

**List Price: $23,966.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FTEW1EPXGKE79977 | 108412B | 03/22/2025 | 23666 | 60 miles |

**Source**

DEALER WEB LISTING - AUTOTRADER.COM

WYNNE FORD

1020 WEST MERCURY BOULEVARD

HAMPTON VA 23666

757-838-3673

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$822.00 |
| Mileage | 93,258 | 89,114 | -$311.70 |
| Equipment | | | |
| EQUIPMENT GROUP 302A LUXURY | Yes | No | $2,950.65 |
| TRAILER TOW PACKAGE | Yes | No | $503.50 |
| XLT SPORT APPEARANCE PACKAGE | Yes | No | $645.25 |
| ELECTRONIC LOCKING W/3.55 AXLE RATIO | Yes | No | $146.27 |
| INTEGRATED TRAILER BRAKE CONTROLLER | Yes | No | $154.69 |
| TWIN PANEL MOONROOF | Yes | No | $728.53 |
| | | **Total Adjustments:** | **$3,995.19** |
| | | **Adjusted Price:** | **$27,961.19** |

© 2025 Mitchell International, Inc. All Rights Reserved.

## 2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD                                    List Price: $20,994.00

| VIN | Stock No | | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|-----|----------|--|--------------|-----------------|----------------------------|
| 1FTEW1EP1GFC65985 | 21998A | | 01/17/2025 | 22701 | 70 miles |

**Source**

DEALER WEB LISTING - BUILDSHEET - CARS.COM

BATTLEFIELD FORD OF CULPEPER

10463 JAMES MONROE HWY

CULPEPER VA 22701

540-506-3476

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$542.00 |
| Mileage | 93,258 | 90,400 | -$189.97 |
| Equipment | | | |
| EQUIPMENT GROUP 302A LUXURY | Yes | No | $2,607.45 |
| CLASS IV TRAILER HITCH RECEIVER | EQUIPMENT GROUP 302A LUXURY | Yes | -$47.22 |
| TRAILER TOW PACKAGE | Yes | No | $444.93 |
| XLT SPORT APPEARANCE PACKAGE | Yes | No | $570.20 |
| ELECTRONIC LOCKING W/3.55 AXLE RATIO | Yes | No | $129.26 |
| INTEGRATED TRAILER BRAKE CONTROLLER | Yes | No | $136.70 |
| TWIN PANEL MOONROOF | Yes | No | $643.79 |
| | | Total Adjustments: | $3,753.14 |
| | | **Adjusted Price:** | **$24,747.14** |

Comparable Vehicle Option Details:

CLASS IV TRAILER HITCH RECEIVER

© 2025 Mitchell International, Inc. All Rights Reserved.

Claim # 25-727037633-01 | Page 13

**2016 FORD F 150 XLT CREW CAB PKP 6 2.7 TURBO GAS A4WD**       **List Price: $25,000.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FTEW1EP5GFA69130 | 8124A | 03/30/2025 | 20678 | 72 miles |

Source

DEALER WEB LISTING -
AUTOTRADER.COM
PRINCE FREDERICK FORD
10 SOLOMONS ISLAND RD S
PRINCE FREDERICK MD 20678
410-535-0900

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$816.00 |
| Mileage | 93,258 | 73,618 | -$1,393.18 |
| Equipment | | | |
| EQUIPMENT GROUP 302A LUXURY | Yes | No | $3,083.24 |
| XLT SPORT APPEARANCE PACKAGE | Yes | No | $674.25 |
| ELECTRONIC LOCKING W/3.55 AXLE RATIO | Yes | No | $152.84 |
| INTEGRATED TRAILER BRAKE CONTROLLER | Yes | No | $161.65 |
| TWIN PANEL MOONROOF | Yes | No | $761.26 |
| ALL-WEATHER RUBBER FLOOR MATS | No | Yes | -$55.84 |

**Total Adjustments:**    **$2,568.22**
**Adjusted Price:**    **$27,568.22**

Comparable Vehicle Package Details:

TRAILER TOW PACKAGE  (PRO TRAILER BACKUP ASSIST, CLASS IV TRAILER HITCH RECEIVER)

Comparable Vehicle Option Details:

ALL-WEATHER RUBBER FLOOR MATS

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2016 Ford F-150 XLT | 4 Door Crew Cab 6 Foot Bed 2.7L 6 Cyl Gas Turbocharged  4WD | $41,140.00 |

© 2025 Mitchell International, Inc. All Rights Reserved.

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss ("WCTL") was designed and built by Mitchell International, Inc. in conjunction with J.D. Power, which is an expert in data analysis with years of experience in vehicle pricing. WCTL provides a consistent methodology across vehicle makes and models for estimating the value of a vehicle. The WCTL analysis is based on comparable vehicles that most closely resemble the loss vehicle, with certain adjustments to both the comparable vehicle and loss vehicle depending on the facts of a particular claim.

WCTL produces accurate and easy-to-understand vehicle valuations via a five-step process:

## Step 1 - Locate Comparable Vehicles

Locate vehicles from WCTL's comparable vehicle database that are the closest match to the loss vehicle in the same market area. These are not intended to be replacement vehicles and may no longer be listed for sale .The comparable vehicle database includes millions of vehicles listed for sale on publicly available websites (for example, cars.com and autotrader.com), as well as sold vehicle records (where available).

## Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. There are several types of comparable vehicle adjustments, including:

- Projected Sold Adjustment - where the comparable vehicle is listed for sale, this adjustment reflects the fact that consumers typically negotiate a purchase price less than the list price. (There is no projected sold adjustment where the comparable vehicle has actual sold data, or where a vehicle is listed for sale at a "no haggle" dealership.)

- Mileage Adjustment – an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment Adjustment – an adjustment for differences in equipment between the comparable vehicle and the loss vehicle (for example, differences in equipment packages and options).

## Step 3 - Calculate Base Vehicle Value

Calculate the base vehicle value by averaging the adjusted prices of the comparable vehicles.

## Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment – an adjustment to account for the condition of the loss vehicle at the time of the loss.

- Prior Damage Adjustment – an adjustment to account for any prior damage present on the loss vehicle at the time of the loss.

- After Market Part Adjustment – an adjustment to account for any aftermarket parts present on the loss vehicle at the time of the loss.

- Refurbishment Adjustment – an adjustment to account for any refurbishment performed on the loss vehicle at the time of the loss.

## Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.

© 2025 Mitchell International, Inc. All Rights Reserved.

## Progressive Universal Insurance Co

**TOTAL LOSS**

Estimate ID
25-727037633-01
Original

Claim Number
25-727037633-01

| Owner | Insured | Appraiser |
|---|---|---|
| STEVEN BOWLES | STEVEN BOWLES | BRAD ELLSWORTH |
| | | (540) 623-5132 (Work) |
| | | a111521@progressive.com |

Underwriter
Progressive Universal Insurance Co

---

### Progressive Universal Insurance Co

| Claim Number | Adjuster | Deductible | Reported Date |
|---|---|---|---|
| 25-727037633-01 | TANIESHA MILLER | 1000.00 - Not Waived | 03/26/2025 |
| | (440) 459-6370 (Work) | | |
| | taniesha_miller@progressive.com | | |

| Loss Date | Inspection Site |
|---|---|
| 03/26/2025 | IAA Culpeper |
| | 15201 Review Road |
| | Culpeper, VA 22701 |

---

### 2016 Ford F-150 XLT 4 Door Crew Cab 145" WB 6 Foot Bed 2.7L 6 Cyl Gas Injected Turbocharged Base 4WD

| Exterior Color | VIN | Drivable | Odometer |
|---|---|---|---|
| BLACK | 1FTEW1EP3GFB36386 | No | 93334 |

Mitchell Service Code
911726

Primary Point of Impact
Left Rear Corner (7)

Secondary Point(s) of Impact
Right Front Side (2), Right Side (3), Right Rear Corner (5), Rear (6), Left Rear Side (8), Left Side (9), Undercarriage (21)

**Options**

| | | | | |
|---|---|---|---|---|
| 4 Wheel Drive | 4WD or AWD | Air Conditioning | Alum/Alloy Wheels | AM-FM Stereo |
| Anti-Lock Brake Sys. (ABS) | Automatic Headlights | Auxiliary Input | Bluetooth Wireless Connectivity | CD Player |
| Cloth Seat | Cruise Control | Daytime Running Lights | Driver Seat With Power Lumbar Support | Driver-Front Air Bag |
| Electronic Stability Control | First Row Split Bench Seat | Fog Lights | Front Seats With Power Lumbar Support | Keyless Entry System |
| Left-Curtain Air Bag | MP3 Player | Passenger-Front Air Bag | Power Door Locks | Power Remote Mirror |
| Power Steering | Power Windows | Privacy Glass | Rear Bench Seat | Second Row Side Airbag With Head Protection |
| Side Airbags | Steering Wheel Mounted Audio Control | Theft Deterrent Sys. | Tilt Steering Wheel | Tire Pressure Monitoring System |
| Traction Control/Electronic | | | | |

---

## STEVEN BOWLES | 2016 Ford F-150 XLT

| Parts Profile | Parts Profile Version |
|---|---|
| NOVA 5-3 ALL PART TYPES | 5.0 |

| | | —— LABOR —— | | | —— PART —— | | | |
|---|---|---|---|---|---|---|---|---|
| Line # | Description | Operation | Type | Total Units | Type | Number | Qty | Total Price | Tax |
| Special / Manual Entry | | | | | | | | | |
| 1 | 900500  OBVIOUS TOTAL LOSS | Remove / Replace | Body* | 0.0* | New | New | 1 | $0.00* | Yes |

\* Judgment Item
T Included in Two Tone Calculation
\# Labor Note Applies
d Discontinued by Manufacturer

C Included in Clear Coat Calculation
A Included in Clear Coat and Two Tone Calculation
r CEG R&R Time Used for this Labor Operation
[ ] Verify the part number and price before ordering

## Estimate Totals

| Labor | Units | Rate | Sublet | Add'l Amount | Totals |
|---|---|---|---|---|---|
| Body Labor | 0.0 | $56.00 | | | $0.00 |
| Total Labor | 0.0 | | | | $0.00 |
| | | | | Taxable | $0.00 |
| | | | | Tax 0.0000% | $0.00 |
| | | | | Non-Taxable | $0.00 |
| | | | | Pre-Tax Discount 0.00% | $0.00 |
| | | | | Labor Total | $0.00 |

| Parts | Amount | | | | Totals |
|---|---|---|---|---|---|
| Taxable Parts | $0.00 | | | | $0.00 |
| | | | | Parts Adjustments | $0.00 |
| | | | | Tax 5.3000% | $0.00 |
| | | | | Non-Taxable | $0.00 |
| | | | | Pre-Tax Discount 0.00% | $0.00 |
| | | | | Parts Total | $0.00 |

| Costs | Amount | | | | Totals |
|---|---|---|---|---|---|
| Paint Materials | $0.00 | | | | $0.00 |
| Shop Materials | $0.00 | | | | $0.00 |
| Other Additional Costs | $0.00 | | | | $0.00 |
| | | | | Taxable | $0.00 |
| | | | | Tax 5.3000% | $0.00 |
| | | | | Non-Taxable | $0.00 |
| | | | | Pre-Tax Discount 0.00% | $0.00 |
| | | | | Costs Total | $0.00 |

| Gross Totals | Amount | | | | Totals |
|---|---|---|---|---|---|
| Gross Total | $0.00 | | | | $0.00 |
| | | | | Taxable | $0.00 |
| | | | | Tax | $0.00 |
| | | | | Non-Taxable | $0.00 |
| | | | | Pre-Tax Discount 0.00% | $0.00 |
| | | | | Gross Total | $0.00 |

| Adjustments | Amount | | | | Totals |
|---|---|---|---|---|---|
| Deductible | -$1,000.00 | | | | -$1,000.00 |

## Estimate Totals

**Total Customer Responsibility** $0.00

**Net Estimate Total** $0.00

"All manufacturers requirements regarding seat belt and supplemental restraint system replacement must be adhered to. If additional parts or operations are necessary to properly accomplish this, please contact the estimating claims rep."

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AUTOMOBILE PARTS NOT MADE BY THE ORIGINAL MANUFACTURER. PARTS USED IN THE REPAIR OF YOUR VEHICLE BY OTHER THAN THE ORIGINAL MANUFACTURER ARE REQUIRED TO BE AT LEAST EQUAL IN LIKE KIND AND QUALITY IN TERMS OF FIT, QUALITY AND PERFORMANCE TO THE ORIGINAL MANUFACTURER PARTS THEY ARE REPLACING.

This is a damage assessment only - Not an authorization to repair- based on damage visible or certain at the time it was written.

If frame or unibody repair is included on this estimate, the amount shown includes time or allowance for measuring before, during and after those repairs.

The owner of the vehicle may select the repair facility of his/her choice.

To ensure proper and prompt payment for additional damage discovered during the course of repairs, contact Progressive for supplement handling procedures.

Progressive honors the prevailing labor market rate in your area for your property. If you choose a shop that charges in excess of the prevailing labor market rates, you will be responsible for the difference.

Lifetime guarantee for sheet metal and plastic body parts

The replacement parts written on the estimate are intended to return your vehicle to its pre-loss condition with proper installation. After repair, if any sheet metal or plastic body part included in the estimate fails to return your vehicle to its pre-loss condition (assuming proper installation), in terms of form, fit, finish, durability or functionality, Progressive will arrange and pay for the replacement of the part, to the extent not covered by a manufacturer's or other warranty. This service will be performed at no cost to you (including associated repair and rental car costs). To obtain service under this Guarantee, call Progressive at

1-800-274-4641. This Guarantee applies as long as you own or lease the vehicle. This Guarantee is not transferable and terminates if you sell or otherwise transfer your vehicle.

This guarantee does not cover normal wear and tear or damage caused by improper maintenance, neglect, abuse or subsequent accident. This guarantee is limited to arranging for the selection of repair parts that will return your vehicle to its pre-loss condition. Accordingly, Progressive will not be liable for any indirect, incidental or consequential damages that result from the installation or use of these parts.

Part Type Terms and Abbreviations
NEW and OEM or part number displayed - These refer to a new, original equipment manufacturer part.
A/M Certified: This refers to a new, certified non-original equipment manufacturer replacement part.
A/M: This refers to a new, non-original equipment manufacturer replacement part.
Recycled: This refers to a used OEM part.
Remanufactured and Recond. and Recore: These refer to recycled OEM parts that have been rebuilt or refurbished.
OE Discount: This refers to new OEM parts, that are excess inventory from the Original Equipment Manufacturer.
Recovered OE - This refers to parts removed from a new vehicle for various reasons.

Progressive's Lifetime Guarantee does not cover repairs you request the shop to make that are not related to this accident, including but not exclusive to unrelated prior damage and pre-existing damage.

Repair shop's authorized representative's signature indicating agreement on cost to return the vehicle to pre-loss condition including tow/storage charges:


Shop Signature: _____ Est. completion Date:_____

Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or file a claim containing a false or deceptive statement is guilty of insurance fraud.

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

******************************************************************************

FOR WEST VIRGINA REGISTERED VEHICLES ONLY.

I REPRESENT THAT I AM THE OWNER OF THIS VEHICLE LISTED ON THIS

ESTIMATE AND THAT I HEREBY CONSENT TO THE USE OF "AFTERMARKET CRASH

PARTS" IN THE REPAIR OF MY VEHICLE.

SIGNATURE_____

Disclaimer: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Estimate Event Log**

| | |
|---|---|
| Job Created | 4/8/2025 08:15 AM |
| Estimate Started | 4/8/2025 10:41 AM |
| Estimate Printed | 4/8/2025 10:42 AM |
| Estimate Committed | 4/8/2025 10:42 AM |
| Estimate Version | 0 |
| Estimate Retrieval ID | 10005376764 |

6/10/25, 2:28 PM                                                                Claim Payment Detail

## Claim Payment Detail ( 25-727037633 )

### Payment Information

| | |
|---|---|
| **Disbursement Number:** 230295153 | **Total Amount:** $26,450.20 |
| **Draft Number:** 6016950914 | **Invoice Number:** 142300963 |
| **Pay to the Order of:** STEVEN BOWLES | |
| **Mailing Address:** 8258 LAUREL MEADOWS DR | |
| MECHANICSVLLE, VA 23111 USA | |
| **In Payment Of:** Progressive Invoice Number: 142300963 | |

### Reviewed Summary

| | |
|---|---|
| **Issuing Rep:** A189251 | **Approved By:** |
| **Issue Date:** 04-15-25 | **Review Date:** |
| **Last Updated Rep:** A189251 | **Reviewed By:** |

### Bank Information

| | |
|---|---|
| **Type:** Loss | **Bank Code:** 1CD |
| **Stop Reason:** | **Cleared:** 04-19-25 |
| **Stop Date:** | |

### Exposure Detail: COLL

| | |
|---|---|
| **Party Name:** BOWLES, STEVEN | **Amount Paid:** $26,450.20 |
| **Property Description:** 16 FORD F150 | **Deductible Taken:** $1,000.00 |
| **Payment Type:** PARTIAL PAYMENT | **Property Damage:** $0.00 |
| | **Rental:** $0.00 |