**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br><br>TRON CODY BARRETT,<br><br>and<br><br>LAKESHA MITCHELL BARRETT,<br><br>       Debtors. | Case No. 25-31956-BFK<br>Chapter 13 |
| PROGRESSIVE UNIVERSAL INSURANCE<br>  CO,<br><br>       Plaintiff,<br><br>v.<br><br>THOMAS TYREE ADKINS, JR., ET AL.,<br><br>       Defendants. | Adversary Proceeding<br>No. 26-03016-BFK |

**ORDER: (1) TO SHOW CAUSE WHY**
**ADVERSARY PROCEEDING SHOULD**
**NOT BE REMANDED TO STATE COURT;**
**AND (2) CONTINUING PRE-TRIAL CONFERENCE**

This action was removed from the Henrico County General District Court on April 23, 2026. Docket No. 1. The action involves: (a) a subrogation action by Progressive Universal Insurance Co. against non-debtor parties Thomas Tyree Adkins, Jr. and J.M.B. Trucking, LLC ("the Subrogation Action"); (b) a Cross-claim by Mr. Adkins against J.M.B. Trucking; and (b) a Third-Party Complaint filed by Mr. Adkins against the Debtors, Tron Cody Barrett and Lakesha Mitchell Barrett. Docket No. 4.

The Court questions its subject matter jurisdiction in this action. First, it is not clear to the Court why it would have jurisdiction over the Subrogation Action, which is between non-debtor parties and does not appear to involve any assets of the bankruptcy estate. Second, it is not clear to the Court why it would have subject matter jurisdiction over the Cross-claim, which again involves only non-debtor parties and does not appear to involve any assets of the bankruptcy estate. Third, it is not clear to the Court why Mr. Adkins' Third Party Complaint against the Debtors is not stayed by Bankruptcy Code Section 362(a), and the subject of the Third Party Complaint can't be the subject of an ordinary proof of claim and objection proceeding (over which this Court unquestionably would have core subject matter jurisdiction) in the Debtors' main bankruptcy case. 11 U.S.C. § 502(a); 11 U.S.C. § 157(b)(2)(B).

It is therefore **ORDERED**:

1. The Court will hold a hearing on **<u>Wednesday, July 15, 2026, at 11:00 a.m.</u>** in Courtroom 5000 of the U.S. Bankruptcy Court for the Eastern District of Virginia, located at 701 Broad St., Richmond, VA 23219, to determine: (a) why the Subrogation Action and the Cross-claim should not be remanded to the State court; and (b) why the Third Party Complaint is not stayed by operation of the automatic stay.

2. Thomas Tyree Adkins, Jr., the removing party, shall file a brief in support of subject matter jurisdiction by **June 25, 2026**. Any other party may file a brief in support of, or against, subject matter jurisdiction by **July 8, 2026**. The failure to file a brief may result in that party's legal positions being waived.

3. The Initial Pretrial Conference currently scheduled for Wednesday July 1, 2026, is **CONTINUED** to Wednesday **July 15, 2026, at 11:00 a.m.**

4.      The Clerk will mail copies of this Order, or provide CM-ECF notice of its entry, to

the parties below.

Date: <u>May 29 2026</u>                                    /s/ Brian F Kenney

Alexandria, Virginia                            HONORABLE BRIAN F. KENNEY
                                                CHIEF U.S. BANKRUPTCY JUDGE

<u>Copies to:</u>                                   Entered On Docket: Jun 1 2026

Progressive Universal Insurance Co
Subrogee of Steven Bowles
c/o Sharon N. Horner, Esquire
6804 Patterson Ave., Suite A
Richmond, VA 23226
*Plaintiff and 3rd Party Defendant*

Thomas Tyree Adkins, Jr.
c/o Brett Alexander Zwerdling, Esq
1702 Treboy Ave
Richmond, VA 23226
*Defendant and 3rd Party Plaintiff*

Brett Alexander Zwerdling
Brett Alexander Zwerdling, PLLC
1702 Treboy Ave
23226
Richmond, VA 23226
*Counsel for Defendant*

Lakesha Mitchell Barrett
9537 Kennedy Station Terrace
Glen Allen, VA 23060
*Defendant*

J.M.B. Trucking LLC
c/o Lakesha Mitchell Barrett
Registered Agent
9537 Kennedy Station Terr
Glen Allen, VA 23060
*Defendant*

Tron Cody Barrett
9537 Kennedy Station Terrace
Glen Allen, VA 23060
*3rd Party Defendant*

3